**SEALED**



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
JUNE 22, 2020 SESSION

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:20-00083
            21 U.S.C. § 841(a)(1)
            21 U.S.C. § 841(b)(1)(C)

**DANA REED**

**I N D I C T M E N T**
(Distribution of Fentanyl and Acetyl Fentanyl Causing Death)

The Grand Jury Charges:

On or about August 23, 2019, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant DANA REED knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a detectable amount of acetyl fentanyl, a Schedule I controlled substance, which distribution resulted in the death of J.G. from the subsequent use of the mixture or substance containing detectable amounts of fentanyl and acetyl fentanyl.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

MICHAEL B. STUART
United States Attorney

By: _____
MONICA D. COLEMAN
Assistant United States Attorney