UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.     CASE NUMBER: 2:20-cr-00083

DANA REED

**SEALED ORDER**

On June 23, 2020, the Grand Jury, after retiring to their chambers and having considered its presentments, returned a report to the Court and presented the above-captioned matter as an indictment to be returned this date.

Upon motion by the United States, it is hereby **ORDERED** that the indictment is **SEALED**.

Upon further motion by the United States, it is **ORDERED** that a bench warrant be issued forthwith for the defendant and upon arrest, this case shall be **UNSEALED** without further Order.   Law enforcement officers shall be authorized to take necessary and appropriate measures to affect the defendant's arrest.

The Clerk is directed to send a copy of this Order to the United States Attorney, United States Marshal, and the United States Probation Office.

**ENTER:**   June 24, 2020

Dwane L. Tinsley
United States Magistrate Judge