IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 2:20-CR-00083

**DANA REED**

## NOTICE OF APPEARANCE OF ASSIGNED COUNSEL

Now comes Assistant Federal Public Defender, Rachel E. Zimarowski, and appears as assigned counsel of record for the defendant herein. All future correspondence, motions, pleadings, orders, notices, etc. should be sent to the undersigned at the address listed below.

Dated this 6th day of AUGUST, 2020.

> WESLEY P. PAGE
> FEDERAL PUBLIC DEFENDER
>
> s/Rachel E. Zimarowski
> Rachel E. Zimarowski, WV Bar No. 11415
> Office of the Federal Public Defender
> 300 Virginia Street, East, Room 3400
> Charleston, WV  23501
> Telephone:  (304) 347-3350
> Facsimile: (304) 347-3356
> E-mail:  Rachel_Zimarowski@fd.org