# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:20-cr-00083  **Type:** Initial Appearance on Indictment
**Caption:** USA v. Dana Reed  **Judge:** Judge Tinsley

**Started:** 8/7/2020 2:05:21 PM
**Ends:**    8/7/2020 2:17:19 PM    **Length:** 00:11:59

Judge Dwane L. Tinsley
Courtroom Deputy: Dawna Goodson
Defendant: Dana Reed
Assistant United States Attorney: Courtney Cremeans
Assistant Federal Public Defender: Rachel Zimarowski
Probation Officer: Heather Edwards

| Time | Event |
|---|---|
| 2:05:35 PM | INITIAL APPEARANCE |
| 2:06:19 PM | Case called, noted appearances of counsel, and defendant present in courtroom or by video |
| 2:06:51 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:07:34 PM | Stated personal information |
| 2:07:52 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 2:07:55 PM | Ordered the appointment of the Office of the FPD |
| 2:08:25 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:08:43 PM | Stated violation(s) in charging document and possible penalties |
| 2:09:15 PM | Defendant shall next appear for an arraignment on August 12, 2020 at 3:30 p.m. by video with Judge Omar Aboulhosn |
| 2:09:49 PM | Motion for Detention filed; a hearing will take place on that date as well |
| 2:10:19 PM | Defendant's counsel requests release on bond pending the detention hearing |
| 2:12:03 PM | Governments response |
| 2:13:17 PM | Judge Dwane L. Tinsley |
| 2:14:44 PM | DENIED request to be released |
| 2:16:35 PM | Ordered the defendant detained and remanded to USMS custody pending the next hearing |
| 2:17:01 PM | Anything else counsel wishes to address? |
| 2:17:05 PM | Hearing Adjourned |