IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL ACTION NO. 2:20-cr-00083 |
| DANA REED, | ) |
| Defendant. | ) |

**ORDER**

It appearing to the Court that there are no pretrial motions to be resolved by the undersigned[1] in this matter, the motions hearing scheduled for December 18, 2020 at 11:00 a.m. is **CANCELLED**.

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendant and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshals Service.

**ENTERED**:   December 14, 2020.



Omar J. Aboulhosn
United States Magistrate Judge

---

[1] Pursuant to the Order of Reference (ECF No. 7), motions to continue, motions to suppress evidence and motions in limine are reserved for resolution by District Judge Irene C. Berger.