IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.: 2:20-cr-00083 |
| ) | |
| DANA REED, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

On March 25, 2021, Defendant filed a ***Motion for Travel Authorization***. (ECF No. 36) In support of her Motion, Defendant asserts that the Court recently continued her trial to July 19, 2021 (ECF No. 35) and in a status report, United States Probation Officer Kachine Jonese reported that Defendant had successfully graduated from the Recovery Point residential substance abuse treatment facility on Friday, March 19, 2021. Defendant now resides with her father and is employed at a barber shop in Saint Albans, WV. Defendant's sister is getting married in Charleston, South Carolina this Saturday, April 3, 2021. Defendant further states that no more than ten people will be in attendance at the ceremony and will practice social distancing. Defendant seeks this Court's approval to allow her to travel there with her parents by vehicle this Thursday, April 1, 2021, and to remain there until 1:00 p.m. on Tuesday, April 6, 2021, when they will drive directly back to Charleston, West Virginia. Defendant's counsel discussed this proposed travel with United States Probation Officer Jones, who advised she would approve of Defendant's travel and will supervise her stay if authorized by the Court.

Despite the charges contained in the Indictment concern serious drug related offenses, there

is no dispute that Defendant has complied with the terms and conditions of bond imposed by this Court, specifically that which concerns her participation at "the Recovery Point residential substance abuse program until completion." (See ECF No. 22 at 2; *Order Setting Conditions of Release* (7)(f)) Accordingly, the Court hereby **GRANTS** the Defendant's *Motion* (ECF No. 36) and further **MODIFIES** the condition of Defendant's bond (ECF No. 22 at 2; *Order Setting Conditions of Release* (7)(f)) only to the extent that she may travel outside of the Southern District of West Virginia from April 1, 2021 through April 6, 2021 in order to attend her sister's wedding ceremony in Charleston, South Carolina.

    The Clerk is requested to forward a copy of this Order to all counsel of record, to the United States Marshal and to the United States Probation Office.

    **ENTERED**: **March 29, 2021**.

Omar J. Aboulhosn
United States Magistrate Judge